## In the Matter of ANGELO C. et al.

### No. 80–278–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

James Murray, Pawtucket, for petitioner.

Chester G. Lupton, Providence, Asst. Legal Counsel, for children and their families.

### ORDER

The petitioner's motion to strike is denied and the respondent's motion to amend its answer is granted. The petition for writ of habeas corpus is denied.

## Veronica C. AVERY et al.

### v.

## William Q. STURNER et al.

### No. 80–70–A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

E. Howland Bowen, Providence, for plaintiffs.

Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley, Providence, Maureen A. Hobson, Dept. of Health, Division of Legal Services, Cumberland, for defendants.

### ORDER

The motion of defendant William Q. Sturner to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Tuesday, October 7, 1980 at 9:30 a. m. for oral argument.

## CHARIHO REGIONAL SCHOOL COMMITTEE

### v.

## CHARIHO TEACHERS' ASSOCIATION.

### No. 80–94–A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

David F. Sweeney, Warwick, for plaintiff.

Natale L. Urso, Thomas J. Liguori, Jr., Westerly, for defendant.

### ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.